# United States Court of Appeals for the Federal Circuit

---

**EVOLUSION CONCEPTS, INC.,**
*Plaintiff-Appellant*

**V.**

**HOC EVENTS, INC., DBA SUPERTOOL USA,**
*DEFENDANT*

------------------------------------------------

**EVOLUSION CONCEPTS, INC.,**
*PLAINTIFF-APPELLANT*

**V.**

**JUGGERNAUT TACTICAL, INC.,**
*Defendant-Appellee*

---

2021-1963, 2021-1987

---

Appeals from the United States District Court for the Central District of California in Nos. 2:19-cv-02736-JLS-DFM, 8:18-cv-01378-JLS-DFM, Judge Josephine L. Staton.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED IN PART, VACATED IN PART, AND REMANDED**

FOR THE COURT

January 14, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court